STEPHANIE M. HINDS
United States Attorney
MATHEW W. PILE
Associate General Counsel
Office of Program Litigation, Office 7
Angela Thornton-Millard, IA 17922
Special Assistant United States Attorney
Office of Program Litigation, Office 7
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
(410) 965-6107
angela.thornton-millard@gmail.com
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMMI ELAINE FINCANNON, | CIVIL NO. 5:23-CV-02706-NC |
| Plaintiff, | |
| vs. | STIPULATION TO VOLUNTARY REMAND PURSUANT TO 42 U.S.C. SECTION 405(g) SENTENCE FOUR AND TO ENTRY OF JUDGMENT; ORDER |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner of Social Security has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g). The purpose of the remand is to offer Plaintiff a new decision.

On remand, the Commissioner will further develop the record as necessary, offer Plaintiff an opportunity for a hearing, and issue a new decision. The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Dated: November 20, 2023          By:     /s/ *Stuart T. Barasch*
                                          STUART T. BARASCH
                                          (as authorized by email)
                                          Attorneys for Plaintiff

Dated: November 20, 2023                  STEPHANIE HINDS
                                          United States Attorney
                                          MATHEW W. PILE
                                          Associate General Counsel
                                          Office of Program Litigation


                                  By:     /s/ *Angela Thornton-Millard*
                                          Angela Thornton-Millard
                                          Special Assistant U.S. Attorney
                                          Attorneys for Defendant

In accordance with Civil Local Rule 5-1(i)(3), I, Angela Thornton-Millard, attest that I have obtained concurrence in the filing of this document from all other signatories listed here.


IT IS SO ORDERED:

DATE: November 21, 2023          _____
                                 HONORABLE NATHANAEL M. COUSINS
                                 UNITED STATES MAGISTRATE JUDGE

**GRANTED**
Judge Nathanael M. Cousins

Stipulation to Voluntary Remand [5:23-CV-02706-NC]                         2